UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE LIFELOCK, INC., MARKETING AND SALES PRACTICES LITIGATION | MDL Docket Civ. No. 2:08-md-01977 <br><br> **ORDER** |

The Court having considered Defendant LifeLock's Motion for Consolidation of Related Action and good cause appearing;

IT IS HEREBY ORDERED that pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, Defendant LifeLock's Motion for Consolidation of Related Action is hereby granted and *Berland v. LifeLock, Inc.*, CV-08-01493 is hereby consolidated with the above-captioned action.

DATED this 8th day of January, 2009.

_____
Mary H. Murguia
United States District Judge

*HX 328,565,889v1 1-7-09*